UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON LEWIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. CISNEROS,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00115-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO PROCEED** ***IN FORMA PAUPERIS*** **SHOULD NOT BE DENIED**<br><br>21-DAY DEADLINE |

　　　Plaintiff has filed a motion to proceed *in forma pauperis* in this action. (Doc. 2.) According to the certified account statement submitted by the California Department of Corrections and Rehabilitation, Plaintiff has $1,050.05 in his inmate trust account. (Doc. 6.) This is more than enough to pay the $402 filing fee in full. Therefore, Plaintiff must show why he is entitled to proceed *in forma pauperis*.

　　　Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *in forma pauperis*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "'the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar.'" *Doe v. Educ. Enrichment Sys.*, No. 15-cv-2628-MMA-MDD, 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (quoting *Temple v. Ellerthorpe*, 586

F. Supp. 848, 850 (D.R.I. 1984)). Hence, "the court shall dismiss the case at any time if the court determines that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

      Plaintiff appears to have adequate funds to pay the filing fee for this action. Accordingly, the Court ORDERS Plaintiff, **within 21 days** of the date of service of this order, to show cause in writing why his motion to proceed *in forma pauperis* should not be denied. Alternatively, Plaintiff may pay the filing fee in full. <u>Failure to respond to this order may result in a recommendation that this action be dismissed for failure to obey a court order.</u>

IT IS SO ORDERED.

    Dated:   **January 30, 2021**　　　　　　　／s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE