# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DIXON LEWIS,<br><br>  Plaintiff,<br><br> v.<br><br>T. CISNEROS,<br><br>  Defendant. | CASE NO. 1:21-cv-00115-AWI-JLT (PC)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE** |

Plaintiff Paul Dixon Lewis is a state prisoner proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 22, 2021, the Court issued an order denying Plaintiff's motion to proceed in forma pauperis and directing Plaintiff to pay the filing fee within thirty days. Doc. No. 11. The Court cautioned Plaintiff that "[f]ailure to pay the filing fee within the time provided will result in dismissal of this action." Id. at 2. Although more than the allowed time has passed, Plaintiff has failed to pay the filing fee.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice for Plaintiff's failure to pay the filing fee; and
2. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   May 18, 2021

SENIOR DISTRICT JUDGE